**Appeal reinstated and order entered October 13, 2021**



**In The**

# Fourteenth Court of Appeals
_____

**NO. 14-21-00427-CV**
_____

## IN THE INTEREST OF C.U.D., S.L.D., A/K/A S.D., J.P.J.D., K.K.J.D., AND A.E.D., II, CHILDREN

**On Appeal from the 308th District Court
Harris County, Texas
Trial Court Cause No. 2018-37155**

## ORDER

This is an appeal from a judgment terminating the parental rights of appellant, R.J. On October 5, 2021, this court abated the appeal and directed the trial court to clarify whether appellant desired to prosecute this appeal and was entitled to appointed counsel for it, as well as to appoint appellate counsel for appellant if necessary. The trial court subsequently noted Angela Ellis has been appointed counsel for appellant. Accordingly, this court reinstates this appeal and directs appellant to file her brief in this appeal by **November 2, 2021**.

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Hassan and Poissant.